**CGFI9** (7/28/10)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 20–15410–SMG

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Freeman Holdings, L.L.C.
8200 W Sunrise Blvd.
Plantation, FL 33322

EIN: 20–1874052

# NOTICE OF REASSIGNMENT

    In accordance with the Order of Reassignment entered on 05/18/2020 by Judge Paul G Hyman Jr, this case was referred to the clerk of the court for reassignment and/or transfer to another judge pursuant to Local Rule 1073–1(B).

    Accordingly, this case is hereby reassigned to the Honorable **Scott M Grossman**.

**Dated: 5/18/20**

**CLERK OF COURT**
By: Madeline Ramos–White
Deputy Clerk

The clerk shall serve this notice on all parties of record.